# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3272

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| Anthony Nelson Dean, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 16, 2010
Filed: February 23, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

While Anthony Dean Nelson was serving a period of supervised release, the district court[1] revoked supervision and sentenced Dean to 11 months in prison and 14 months of additional supervised release. For reversal, Dean argues that the revocation sentence is unreasonable. Because he has not rebutted the presumption that his within-Guidelines-range revocation sentence is reasonable, see United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009), we affirm.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

In particular, we note that the sentence is within statutory limits, <u>see</u> 18 U.S.C. § 3583(b)(2), (e)(3), (h); and that the court considered proper factors under 18 U.S.C. § 3553(a), including the Guidelines range, Dean's poor history on supervised release, his drug and alcohol abuse, the lack of remaining available community programs, and his need for a residential-reentry program and participation in an alcohol-testing program upon release from prison. <u>See</u> <u>United States v. Nelson</u>, 453 F.3d 1004, 1006 (8th Cir. 2006) (appellate court reviews revocation sentence to determine whether it is unreasonable in relation to, inter alia, advisory Guidelines range and applicable § 3553(a) factors).

Accordingly, we affirm the district court's judgment.

_____